ENTERED ON THE DOCKET
DATE: 1/19/01

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

─────── DISTRICT OF ─────── KANSAS

MICHELLE JOHNSON-BARBER and
KAREN TAYLOR,

                              Plaintiffs,

                         V.

WILLIAM HENDERSON, Postmaster General, United States
Postal Service; VINCENT R. SOMBROTTO, President of
National Letter Carriers; LOCAL BRANCH 10, Topeka, Kansas,
National Association of Letter Carriers,

                              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 96-4214-SAC

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed October 12, 2000, the motion of defendants, Vincent R. Sombrotto, President of National Association of Letter Carriers and Local Branch 10, Topeka, Kansas, National Association of Letter Carriers, for summary judgment (Dk. 229) is granted and pursuant to the Memorandum and Order filed January 18, 2001, the motion of defendant, William J. Henderson, Postmaster General, U.S. Postal Service, for summary judgment (Dk. 303) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, Karen Taylor, take nothing and the action is dismissed; the defendants, Vincent R. Sombrotto, President of National Association of Letter Carriers; and Local Branch 10, Topeka, Kansas, National Association of Letter Carriers, to recover of plaintiff, Karen Taylor, its costs of action. IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, Michelle Johnson-Barber, take nothing and the action is dismissed; the defendant, William Henderson, Postmaster General, United States Postal Service, to recover of the plaintiff, Michelle Johnson-Barber, its costs of action.

| January 18, 2001 | RALPH L. DeLOACH |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

309